# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 23-00065-DFM | Date: | June 13, 2023 |
|---|---|---|---|
| Title | Jardine Gougis v. Glenoaks-Magnolia, LLC et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Service

Plaintiff filed her Complaint on January 12, 2023. See Dkt. 1. The Summons was issued the same day. See Dkt. 6. Nearly five months later, there no record that Plaintiff has properly served any Defendant(s).

"If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

Plaintiff is ordered to show cause within fourteen (14) days why this action should not be dismissed for failure to effectuate service. Plaintiff's filing of the proof of service of summons and complaint on Defendant(s) is sufficient to discharge this order. Failure to respond may result in this case being dismissed for failure to prosecute.